UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE DAVIS,

    Plaintiff,

v.                                             CASE NO. 8:16-cv-1918-T-23MAP

PROFESSIONAL ACCOUNT
SERVICES, INC.,

    Defendant.
_____/

## **ORDER**

The plaintiff announces (Doc. 20) a "pending settlement" of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on November 28, 2016.

                                                              STEVEN D. MERRYDAY
                                                           UNITED STATES DISTRICT JUDGE